IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENIOR SMITH,

    Plaintiff,                 No. CIV-S-01-1766 MCE JFM P

    vs.

DEPUTY JASON HICKS,

    Defendant.              <u>ORDER</u>

_____/

        On May 6, 2005, plaintiff filed a civil rights complaint bearing the case number for this action. This action was dismissed with prejudice on August 4, 2003. The complaint filed by plaintiff on May 6, 2005 will be placed in the court file and disregarded. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: June 3, 2005.

                                                   UNITED STATES MAGISTRATE JUDGE

/smit1766.58